RECEIVED

DEC 22 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY _____ BW

AO 241
(Rev. 06/13)

Rec# 546 35046381

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: WESTERN | |
|---|---|---|
| Name (under which you were convicted): Curtis Antione Keil | | Docket or Case No.: 2014-K-0353 2014-KH-0572 |
| Place of Confinement : | | Prisoner No.: 418252 |
| Petitioner (include the name under which you were convicted) Curtis Antione Keil | v. | Respondent (authorized person having custody of petitioner) Ray Hanson |
| The Attorney General of the State of: Louisiana | | |

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

Louisiana Supreme court
400 Royal street
New Orleans, LA. 70130

(b) Criminal docket or case number (if you know): 2014-K-0353, and 2014-K-H-0572

2.   (a) Date of the judgment of conviction (if you know): October 27, 2011

(b) Date of sentencing: October 27, 2011

3.   Length of sentence: 30 years

4.   In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5.   Identify all crimes of which you were convicted and sentenced in this case: Manslaughter

6.   (a) What was your plea? (Check one)

☑ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

☐ (2)   Guilty             ☐ (4)   Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ONLY ONE Charge, And I

Pled not guilty

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No    (WAS DENIED Preliminary hearing before indictment)

8.    Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: First Circuit court of Appeal, Baton Rouge, LA.

(b) Docket or case number (if you know): 2012 - KA - 1976

(c) Result: DENIED, FILED FOR REHEARING DENIED REHEARING

(d) Date of result (if you know): DECEMBER 27, 2013, And JANUARY 16, 2014

(e) Citation to the case (if you know): COPY OF Judgment + Disposition ENCLOSED

(f) Grounds raised: STATE'S USE OF INAdmissible EVIDENCE, INSUFFICIENT EVIDENCE, FALSE EVIDENCE, unlawful And illegal VERDICT, INEFFECTIVE ASSISTANCE OF COUNSEL, AND INCOMPLETE RECORD

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court: LOUISIANA SUPREME COURT

(2) Docket or case number (if you know): 2014 - K - 0353, And 2014 - KH - 0572

(3) Result: DENIED

(4) Date of result (if you know): NOVEMBER 26, 2014, RECEIVED DECEMBER 2, 2014

AO 241
(Rev. 06/13)

Page 4

(5) Citation to the case (if you know): *COUNSELORS BRIEF ONLY SAID DENIED*

(6) Grounds raised: *PRO SE BRIEF SAID NOT TIMELY, but WAS TIMELY FILED.* *INEFFECTIVE ASSISTANCE OF COUNSEL, STATE'S USE OF INADMISSIBLE EVIDENCE, INSUFFICIENT EVIDENCE, FALSE PERJURED EVIDENCE, JURY TAMPERING, UNLAWFUL AND ILLEGAL VERDICT, INCOMPLETE RECORDS*

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): *N/A*

(2) Result: *N/A*

(3) Date of result (if you know): *N/A*

(4) Citation to the case (if you know): *N/A*

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes   ☑ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: *N/A*

(2) Docket or case number (if you know): *N/A*

(3) Date of filing (if you know): *N/A*

(4) Nature of the proceeding: *N/A*

(5) Grounds raised: *N/A*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: *N/A*

(8) Date of result (if you know): *N/A*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: ___N/A___

(8) Date of result (if you know): ___N/A___

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:   ☑ Yes   ☐ No

(2) Second petition:   ☑ Yes   ☐ No

(3) Third petition:   ☑ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

I Did Appeal First to the First Circuit in Baton Rouge and secondly to the LA. Supreme court, New Orleans

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Conviction in Violation to U.S. constitutional Law (Below Are All grounds used in Lawyer brief & proSe' brief)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No Physical, scientific Evidence, No line-up photo or live, officers gave false And Perjured statements, inadmissible manufactured Evidence, Jury Tampering, incomplete record, ineffective Assistance of counsel, unlawful and illegal verdict, Highly suggestive And illegal, incorrect identification, Denied a Preliminary Hearing before And After indictment, Requested month before indictment

(b) If you did not exhaust your state remedies on Ground One, explain why:

I Did Exhaust state Remedies

AO 241
(Rev. 06/13)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  I RAISED ALL these
by TRAINED counsel MR. Prentice L. white, and
by Pro se' brief to first circuit And LA. Supreme
court

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  N/A

Name and location of the court where the motion or petition was filed:  N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I appealed my conviction on direct appeal
to the first circuit And LA. Supreme court
only. I did not file any other appeals
Except to this Honorable court U.S. WESTERN
District, federal court in Louisiana, by way
of this Habeas corpus Relief.

AO 241
(Rev. 06/13)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: I Am Filing HAbEAS corpus

Relief Now AFter Direct Appeal From First circuit

And LA. Supreme court.

**GROUND TWO:** I Am Filing HAbeAus corpus Relief Now

AFter Direct Appeal From First circuit And LA. Supreme court.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No physical, scientific Evidence, No line-up photo or live

officers gave FAlse And Persured stAtements, inAdmissible

mAnufactured Evidence, Jury TAmpering, incomplete

Record, ineffective Assistance of counsel, unlawful

And illegal verdict, Highly suggestive And illegal in —

court identification, Denied A Preliminary HeAring

before And After indictment, requested Month

before indictment, Denied Due process.

(b) If you did not exhaust your state remedies on Ground Two, explain why: I Exhausted All

stAte remedies

_____

_____

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:    N/A

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    N/A

Name and location of the court where the motion or petition was filed:    N/A

_____

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available): _N/A_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_____

_____

Docket or case number (if you know): _N/A_____

Date of the court's decision: _N/A_____

Result (attach a copy of the court's opinion or order, if available): _N/A_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Exhausted all state remedies through direct appeal and now applying for habeas corpus relief in this Honorable court.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : Exhausted all state remedies on direct appeal, now applying for habeas corpus relief in this Honorable court

**GROUND THREE:** Conviction in violation of constitution (all grounds listed below)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No physical, scientific evidence, no line-up photo or live, officers gave false and perjured statements, inadmissible manufactured evidence, Jury tampering, incomplete record, ineffective assistance of counsel, unlawful and illegal verdict, highly suggestive and illegal in court identification, denied a preliminary hearing before indictment, requested a month before indictment, denied due process.

AO 241
(Rev. 06/13)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *Exhausted All state Remedies.*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: *N/A*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *N/A*

Name and location of the court where the motion or petition was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion or petition?                 ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?            ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

AO 241
(Rev. 06/13)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I raised all grounds and exhausted all direct Appeals on State level, now I am applying for Habaes corpus Relief in this Honorable court

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   Exhausted all state Remedies on direct appeal, now applying for Habaes corpus Relief in this Honorable court.

**GROUND FOUR:** Conviction in violation of Constitutional Law. (All grounds listed below )

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No physical, scientific Evidence, No line-up photo or live, officers gave false and perjured statements, inadmissible manufactured Evidence, Jury Tampering, incomplete Record, ineffective assistance of counsel, unlawful and illegal verdict, highly suggestive and illegal in-court identification, denied a preliminary Hearing before indictment, denied due Process.

(b) If you did not exhaust your state remedies on Ground Four, explain why:   I Exhausted All state Remedies

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   N/A

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I RAISED All issues on DIRECT APPEALS to FIRST circuit and La. STATE SUPREME court, now Applying for Habeas corpus RELIEF through this Honorable court.

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Exhausted All remedies Applying For Habeas corpus Relief by way of this Honorable court.

AO 241
(Rev. 06/13)

13.     Please answer these additional questions about the petition you are filing:

   (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

   having jurisdiction?     ☑ Yes     ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

   presenting them:     N/A

   _____

   _____

   _____

   (b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

   ground or grounds have not been presented, and state your reasons for not presenting them:

   NO , N/A _____

   _____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

   that you challenge in this petition?     ☐ Yes     ☑ No

   If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

   raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

   of any court opinion or order, if available.

   _____N/A_____

   _____

   _____

   _____

   _____

   _____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

   the judgment you are challenging?     ☐ Yes     ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

   raised.     N/A

   _____

   _____

   _____

   _____

AO 241
(Rev. 06/13)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging: *Filed for one (2) twice, but (October, 23, 08)*

(a) At preliminary hearing: *illegall, denied even though I was not*

*indicted yet counsel at time (Marion B. Farmer)*

(b) At arraignment and plea: *Marion B. Farmer*

(c) At trial: *John Lindner and John Almerico*

(d) At sentencing: *John Almerico only*

(e) On appeal: *Prentice L. White*

(f) In any post-conviction proceeding: *N/A*

(g) On appeal from any ruling against you in a post-conviction proceeding: *N/A*

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?          ☐ Yes        ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

*N/A*

(b) Give the date the other sentence was imposed: *N/A*

(c) Give the length of the other sentence: *N/A*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?          ☐ Yes        ☑ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

*Judgment in La. Supreme Court, New Orleans, La.*
*became final on (November 26, 2014)*
*Received notice on (December 2, 2014)*

*There by making this Habeas Corpus Appeal*
*timely in this Honorable federal court*
*western division.*

AO 241
(Rev. 06/13)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

| | |
|---|---|
| (1) | A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of - |
| (A) | the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review; |
| (B) | the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action; |
| (C) | the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or |
| (D) | the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence. |

AO 241
(Rev. 06/13)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Relief sought is that_
_ground 02 And ALL grounds be gRANTED And that the DEfENDANTs_
_coNviction And custoDy And sentence be REVERSED And ACquitteD_
or any other relief to which petitioner may be entitled. _And that DEfENDANT be immEDiately_
_RELEASED FROM custoDy._

( Curtis
  KEiL )        _[signature]_        (PRO SE)

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _12 - 17 - 14_   (month, date, year).


Executed (signed) on _12 - 17 - 14_   (date).


Curtis KEiL  PRO SE)

_[signature]_ #418252

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A

AO 241
(Rev. 06/13)

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____ , you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and _____ copies to the Clerk of the United States District Court at this address:

### Clerk, United States District Court for
### Address
### City, State  Zip Code

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**