FILED APR 10 2015 WB
WILLIAM W. BLEVINS
CLERK

Case 2:15-cv-00422-LMA   Document 18   Filed 04/10/15   Page 1 of 5

TENDERED FOR FILING
APR 10 2015
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court
Eastern District of Louisiana

Date: 4-1-2015

Curtis Antione Keil

Versus

Ray Hanson

Civil Action
No. 15-0422
Section "I" (4)

The Defendant Pro Se', Curtis Antione Keil, Respectfully Request's that he be Allowed to Add Federal Case law Concerning his Pro Se' Habeas Corpus that is now in this Honorable court.

These legal memorandums of Authorities are in Support of the defendants Arguments of points of Error Concerning:

* 1) Jury Tampering: Remmer V. U.S., 347 U.S. 227, 229 (1954)
U.S. V. Sylvester, 143 F.3d 923, 933-34 (5th Cir. 1998)
U.S. V. Williams-Davis, 90 F.3d 490, 495-96, (D.C. Cir. 1996)

In Remmer V. U.S., The Supreme Court held that any unapproved Private communication, contact, or tampering with a juror during a criminal trial is presumptively Prejudicial.

In U.S. V. Sylvester, Presumption of Prejudice is applicable if Prejudice is likely from suspected intrusion on Jury Deliberations and verdict.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

* 2.) Perjury, False testimony, Prosecutorial misconduct, & inconsistent and contradictory statements:

<u>Drake v. Portuondo</u>, 553 F.3d 230, 241 (2d Cir. 2009.) Prosecutors knowledge that expert witness testimony was false required reversal.

<u>U.S. v. Freeman</u>, 650 F.3d 673, 680 (7th Cir. 2011.) Prosecutors should have known testimony was false.

<u>Morris v. Ylst</u>, 447 F.3d 735, 744 (9th Cir. 2006.) Prosecutor improperly presented inconsistent testimony which was grounds for reversal, as Prosecutor failed to investigate inconsistencies. Which also was a material misrepresentation of evidence.

* 3.) <u>Illegal verdict and Erroneous Jury instructions</u>:

<u>U.S. v. Fishman</u>, 645 F.3d 1175, 1193 (10th Cir. 2011.)
<u>U.S. v. Del Toro-Barboza</u>, 673 F.3d 1136, 1146, (9th Cir. 2012.)
<u>U.S. v. Ebron</u>, 683 F.3d 105, 129, 135-36, 140-48, 155 (5th Cir. 2012.)

The contemporaneous objection rule does not apply in the event of "<u>Plain Error</u>", by the trial court.

\* 4.) Highly Suggestive Identification/Inadmissible Identification:

<u>U.S. v. Rogers</u>, 126 F.3d 655, 659, 660 (5th Cir. 1997.) I.D. almost (10) months after crime <u>unreliable</u> because of concerns about accuracy of witness's memory, <u>also to be reviewed for "Plain Error"</u> but did object to witnesses at trial and during all motions to suppress and quash.

<u>Abdur Raheem v. Kelly</u>, 257 F.3d 122, 142 (2d Cir. 2001.) No evidence presented in trial other than suggestive In-court I.D.

<u>Abrams v. Barnett</u>, 121 F.3d 1036, 1041 (7th Cir. 1997.) Suggestive as defendant was seated behind a table to conceal his height and weight from witness.

<u>Neil v. Biggers</u>, 409 U.S. 188, 198-99 (1972.)

<u>Stovall v. Denno</u>, 388 U.S. 293, 302 (1967.)

<u>U.S. v. Wade</u>, 388 U.S. at 241 (1967.)

<u>U.S. v. Wade</u>, 388 U.S. 218, 237 (1967.)

<u>U.S. v. Wade</u>, 388 U.S. at 228-29. (1967.)

<u>U.S. v. Emanuele</u>, 51 F.3d 1123, 1132 (3d Cir. 1995.) Defendant was forced to wear handcuffs from jail to courthouse and was seen wearing handcuffs walking to court on days of trial. Handcuffs taken off only after coming into courthouse.

<u>U.S. v. De Leon-Quinones</u>, 588 F.3d 748, 754 (1st Cir. 2009.)

These case law authorities of the U.S. Federal courts have only become obtainable to me since I have been transferred to this facility of (Riverbend) in Lake Providence, LA. I humbly and prayerfully request that these table of authorities be allowed to be used in my case in the interest of Justice, as these federal cases are consistent with the points of errors that are argued within the Defendant's Pro se' Habeas Corpus. I ask that the Honorable Judges of this court take this in consideration

Respectfully, Humbly, & Prayerfully submitted,

Curtis Antione Keil
# 418252

Curtis Antione Keil

Curtis Anthone Keil
#418252
Riverbend Detention Ctr.
9450 Hwy. 65 South
Lake Providence, LA.
71254

(1) Four Pages
Enclosed

Legal Mail

Clerk of Courts
United States District Court
Eastern District of Louisiana
New Orleans, LA.
70130

SHREVEPORT
7 APR 2015
PM
711

FOREVER USA