UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS ANTIONE KEIL** | **CIVIL ACTION NO. 15-0422** |
| **VERSUS** | **SECTION "I"** |
| **RAY HANSON** | **MAGISTRATE (4)** |

## ANSWER

**NOW INTO COURT**, through undersigned counsel, comes Warren Montgomery, District Attorney for Washington Parish, State of Louisiana, who denies each and every allegation of the Application for Writ of Habeas Corpus filed herein, except as hereinafter specifically admitted and further respectfully represents:

1.

The State admits that petitioner, Curtis Keil (hereinafter referred to as "Keil"), is a state prisoner following conviction in state court of one count of manslaughter. Keil was originally sentenced to thirty years imprisonment. He was subsequently adjudicated a third felony offender and was sentenced to thirty years imprisonment, without benefit of probation,

parole or suspension of sentence. The First Circuit Court of Appeal affirmed the conviction and sentence,[1] and the Louisiana Supreme Court denied petitioner's related writ application.[2]

2.

The State further sets forth below the applicable dates herein:

| Date | Description |
| --- | --- |
| 10/27/11 | Keil was convicted of one count of manslaughter |
| 11/14/11 | Keil was sentenced to thirty years imprisonment |
| 09/16/13 | Keil was adjudicated a third felony offender and sentenced to thirty years imprisonment without benefit of probation, parole or suspension of sentence |
| 12/27/13 | First Circuit Court of Appeal affirmed Keil's conviction and sentence (2012-KA-1976) |
| 01/16/14 | First Circuit Court of Appeal denied Keil's application for rehearing |
| 11/26/14 | Louisiana Supreme Court denied Keil's writ application filed by counsel (2014-K-353) and refused to consider Keil's pro se writ application as untimely (2014-KH-572) |
| 12/17/14 | This habeas petition was signed by Keil |
| 02/24/15 | Conviction final for AEDPA purposes |

---

[1] Petitioner stipulated to his adjudication as a third felony offender, but reserved his right to appeal the conviction. Accordingly, the Court of Appeal did not review the multiple offender adjudication or sentence imposed in connection therewith. *See* state court record, p. 1194.

[2] Two writ applications were filed with the Louisiana Supreme Court related to petitioner's appeal. One was filed by counsel, docket no. 2014-K-353, and was denied by the Court. The second application was filed by petitioner pro se, docket no. 2014-KH-572, and was not considered by the Court because it was not filed timely.

3.

The remainder of the allegations of the Application for Writ of Habeas Corpus filed herein by applicant, Curtis Keil, are denied.

4.

The State of Louisiana alleges that this petition should be dismissed for failure to exhaust state court remedies.

5.

Defendant herein further adopts and incorporates the legal authority set forth in the Memorandum in Opposition to Application for Habeas Corpus Relief.

WHEREFORE, the State of Louisiana prays that this Answer be deemed good and sufficient and after all due proceedings are had that there be judgment herein dismissing applicant's claims and for all other general and equitable relief as this Court deems proper.

                                    Respectfully submitted:

By:    s/Kathryn Landry_____
        KATHRYN LANDRY, Bar No. 19229
        P. O. Box 82659
        Baton Rouge, LA 70884
        Telephone:  (225) 766-0023
        Facsimile: (225) 766-7341

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been mailed to the opposing party herein:

Curtis Keil #418252
Riverbend Detention Center
9450 Hwy. 65 South
Providence LA 71254

Baton Rouge, Louisiana this 23rd day of April, 2015.

            s/Kathryn Landry_____
            KATHRYN LANDRY