UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS ANTIONE KEIL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-0422** |
| **RAY HANSON** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge, and considering the petitioner's objections to the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Supplemental Report and Recommendation, which are hereby **OVERRULED**, approves the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts both as its opinion in this matter. Therefore,

**IT IS ORDERED** that Curtis Antione Keil's "Motion to Supplement Objections" (Rec. Doc. No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that Keil's "Motion to Object and Time Extension" (Rec. Doc. No. 26) is construed in part as objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 25) and those objections as supplemented are **OVERRULED**.

**IT IS FURTHER ORDERED** that Keil's "Motion to Object and Time Extension" (Rec. Doc. No. 26) is construed in part as a motion for a stay of these proceedings and that motion as supplemented is **DENIED**.

**IT IS FURTHER ORDERED** that Keil's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 10th day of September, 2015.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**